UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Russell Klein and Sheila Klein,

    Plaintiffs,

v.                                    ORDER ADOPTING
                                        REPORT AND RECOMMENDATION

Cargill Family Trust, United States of
America and Klein Bank,

    Defendants.                          Civ. No. 10-4824 (MJD/LIB)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

This action be dismissed against the Defendants Cargill Family Trust and KleinBank for failure to comply with the Court's Order of April 12, 2011, and for lack of prosecution.

DATED: June 6, 2011                                s/Michael J. Davis

At Minneapolis, Minnesota                Michael J. Davis, Chief Judge
                                                           United States District Court